# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-cr-00471-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHIRLEY AUSTIN,

    Defendant.

## INDICTMENT

The Grand Jury charges:

On or about the dates listed in the table below, in the State and District of Colorado, the defendant, SHIRLEY AUSTIN, willfully and knowingly did steal, purloin, and knowingly convert to her use and the use of another money belonging to the United States and an agency thereof. Specifically, Defendant, using the debit card of J.H. (who was deceased), spent and withdrew Social Security benefit money that had been erroneously paid into J.H.'s Comerica Bank account after J.H. died.

| *Count* | *Date* | *Amount* |
|---|---|---|
| 1 | Aug. 5–6, 2016 | $262.79 |
| 2 | Sept. 2–3, 2016 | $67 |
| 3 | Sept. 6–7, 2016 | $276.13 |
| 4 | Oct. 3–5, 2016 | $67 |
| 5 | Oct. 4–5, 2016 | $262.82 |

| Count | Date | Amount |
|:---:|:---:|:---:|
| 6 | Oct. 24, 2016 | $84.35 |
| 7 | Nov. 3–4, 2016 | $67 |
| 8 | Nov. 6–7, 2016 | $262.82 |
| 9 | Dec. 2–5, 2016 | $67 |
| 10 | Dec. 5–6, 2016 | $268 |
| 11 | Jan. 3–4, 2017 | $67 |
| 12 | Feb. 2–4, 2017 | $67 |
| 13 | Feb. 5–6, 2017 | $250 |

All in violation of Title 18, United States Code, Section 641.

## NOTICE OF FORFEITURE

Upon conviction of any of the violations alleged in this Indictment, Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) (2012) and 28 U.S.C. § 2461 (2012), any property, real or personal, which constitutes or is derived from proceeds Defendant obtained as the result of such violation, including but not limited to, a money judgment in the amount of such proceeds. If any of that property, as a result of any act or omission of Defendant:

- cannot be located upon the exercise of due diligence;
- has been transferred to, sold to, or deposited with a third party;
- has been placed beyond the jurisdiction of the Court;
- has been substantially diminished in value; or
- has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Controlled Substances Act § 413(p), 21 U.S.C. § 853(p) (2012) (as incorporated by § 2461), as appropriate, to seek forfeiture of any other property of Defendant, up to the value of the forfeitable property described above.

A TRUE BILL:

*Ink Signature on file in Clerk's Office*
FOREPERSON

JASON R. DUNN
United States Attorney

By: *s/Daniel E. Burrows*
Daniel E. Burrows
Special Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  daniel.burrows@usdoj.gov
Attorney for Government