**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00471-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHIRLEY AUSTIN,

    Defendant.

---

## Motion to Quash Summons and Issue Warrant

    The United States hereby requests that the Court cancel the summons issued as a consequence of the Indictment (Summons, ECF No. 3) and issue a warrant for Defendant's arrest instead. In support thereof, the government states as follows:

    1.    The summons for Defendant's initial appearance has been returned unexecuted. (ECF No. 4.) As stated in the attached affidavit of Special Agent Brandon Barth,[1] efforts were made to locate Defendant at her residence in Thornton, Colorado, to no avail. Likewise, even before Defendant was indicted, law enforcement attempted to contact her at least twice, but was unable to do so. Although Special Agent Barth spoke to Defendant on the telephone, she indicated an intent to avoid service of process.

    2.    Fed. R. Crim. P. 9(a) requires a court to issue an arrest warrant for any defendant named in an indictment. However, the court may issue a summons "at

---

[1] The affidavit is redacted in accordance with Fed. R. Crim. P. 49.1. However, because some of the redacted information may be necessary for a full understanding of the affidavit, an unredacted version will be filed as a restricted document.

the government's request." *Id.* While the government initially requested a summons here, the failed efforts to serve that summons indicate that a summons is inappropriate in this case. Therefore, the United States withdraws its request for a summons and asks that the Court issue a warrant for Defendant's arrest instead. *See generally Ex parte United States*, 287 U.S. 241, 249–51 (1932) (holding court has no discretion to decline to issue warrant when government application is supported by indictment).

WHEREFORE, the United States requests that the Court issue a warrant for Defendant's arrest.

Respectfully submitted this 2nd day of December, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney